THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVERETT L. DOWNING, JR., Appellant. [932 NYS2d 408]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Peradotto, J.P., Carni, Lindley, Sconiers and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY K. SCROGER, Also Known as JERRY SCROGER, JR. and Another, Appellant. [932 NYS2d 757]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Peradotto, J.P., Carni, Lindley, Sconiers and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL L. BELLIARD, Appellant. [932 NYS2d 757]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Peradotto, J.P., Carni, Lindley, Sconiers and Green, JJ.